**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Western Division**

Fabrieal Delaney
Plaintiff,
v.
United States of America
Defendant.

Case No.: 3:25−cv−50211
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

MINUTE entry before the Honorable Margaret J. Schneider:The Court has reviewed Defendant's Status Report [41]. The Court strikes the 07/30/26 status conference and directs Plaintiff's counsel to file a status report by 09/25/26 updating the Court on the status of initial discovery disclosures and how he would like to proceed with this case. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.